# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

N.T.,

    Plaintiff,

v.                                    No. 2:17-cv-01227-JCH-KRS

GUADALUPE COUNTY CORRECTIONAL
FACILITY, et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on February 23, 2018, the Court reviewed the parties' Amended Joint Status Report and Provisional Discovery Plan (Doc. 7), filed February 6, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**