IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

N.T.,

    Plaintiff,

v.                                  No. 2:17-cv-01227-JCH-KRS

GUADALUPE COUNTY CORRECTIONAL
FACILITY, et al.,

    Defendants.

## SCHEDULING ORDER

THIS MATTER comes before the Court following a telephonic Rule 16 scheduling conference held on February 23, 2018. At the hearing, the Court adopted the parties proposed Joint Status Report and Provisional Discovery Plan, with slight modifications, as reflected in the dates below.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of fifty (50) interrogatories per party to the other party with responses due thirty (30) days after service.

(b) Maximum of twenty-five (25) requests for admission per party to the other party with responses due thirty (30) days after service.

(c) No preset limit on the number of requests for production per party to the other party with responses due thirty (30) days after service.

(d) Maximum of ten (10) depositions by each party. The parties may seek leave of the Court should a greater number be required. Depositions of named parties and/or experts shall not exceed seven (7) hours unless extended by the parties' agreement

during the deposition. Depositions of unnamed parties and/or experts shall not exceed four (4) hours unless extended by the parties' agreement during the deposition.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to amend pleadings and/or join parties pursuant to Federal Rule of Civil Procedure 15: **March 30, 2018**;

(b) Deadline for Defendant to amend pleadings and/or join parties pursuant to Federal Rule of Civil Procedure 15: **April 13, 2018**;

(c) Plaintiff's expert-disclosure deadline: **May 18, 2018**;

(d) Defendant's expert-disclosure deadline: **June 22, 2018**;

(e) Deadline for supplementing discovery/disclosures: **within thirty (30) days after receiving information triggering the obligation to supplement**;

(f) Termination of discovery: **July 27, 2018**;

(g) Motions to compel relating to discovery: **August 13, 2018**;

(h) All other motions: **August 27, 2018**;

(i) Pretrial order: Plaintiff to Defendant by: **November 26, 2018**;

Defendant to Court by: **December 4, 2018**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question. Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any

applicable deadline. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE